935 F.2d 1285
 Crawford (Roger L.)
v.
Byrd (Harold C.), General Nelson Sklute (Colonel Nolan),
Hopson (Everett), Schiedt (John), Farina (Anthony), Roser
(Samuel), Douglass (William), Hindle (Eugene), Pratt (C.L.),
Cage (Preston), Frost (M.H.), McGeorge (William), Taylor
(Roger), Drake (L.A.), Saunders (James), Bunyard(James)
Chappell (Roberta), Ridlon (Robert), Young (Lee), Robinson
(Augustus), Anderson (Perry), Miller(Kathrine) Johnston,
Fisher (William), Captain Yastishock, Bauer
 NO. 91-3047
 United States Court of Appeals,
Fourth Circuit.
 JUN 24, 1991
 
 1
 Appeal From: S.D.W.Va.
 
 
 2
 AFFIRMED.